**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                               Case Number:   08 C 3009

KENNETH THOMAS v. AMERICAN GENERAL FINANCE, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

AMERICAN GENERAL FINANCE, INC.

| |
|---|
| NAME (Type or print)<br>Stephen L. Tyma |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>*/s/ Stephen L. Tyma* |
| FIRM<br>Stephen L. Tyma, P.C. |
| STREET ADDRESS<br>105 West Madison Street, Suite 2200 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60602-4648 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6188452 | TELEPHONE NUMBER<br>(312) 372-3920 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |