UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNETH THOMAS, ) | |
| ) | |
| Plaintiff, ) | No. 08 C 3009 |
| ) | |
| v. ) | Judge Aspen |
| ) | Magistrate Judge Mason |
| AMERICAN GENERAL FINANCE, INC. ) | |
| ) | |
| Defendant ) | |

**DEFENDANT'S LOCAL RULE 3.2 DISCLOSURE**

Defendant American General Finance, Inc. ("AGF"), through its attorney, Stephen L. Tyma, pursuant to Local Rule 3.2 of the United States District Court for the Northern District of Illinois, hereby discloses that entities which contain "American General Finance," American General Financial Management," or "American General Financial Services" in their names are affiliates of the publicly traded entity American International Group, Inc., which is commonly known as "AIG."

Dated: July 29, 2008

AMERICAN GENERAL FINANCE, INC.

By: _____
Its attorney

Stephen L. Tyma
Stephen L. Tyma, P.C.
105 West Madison Street, Suite 2200
Chicago, Illinois 60602
(312) 372-3920

Attorney for Defendant

S:\Client Files\Current\Litigation\American General\Thomas, Kenneth\AffiliateDisc.wpd
07292008-0205PM