UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 3009 |
| | ) | |
| v. | ) | Judge Aspen |
| | ) | Magistrate Judge Mason |
| AMERICAN GENERAL FINANCE, INC. | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE OF FILING

TO: Larry P. Smith, Esq.
Larry P. Smith & Associates, Ltd.
205 North Michigan Avenue, 40th Floor
Chicago, Illinois 60601-5914

PLEASE TAKE NOTICE that on July 29, 2008, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois Defendant American General Finance's Local Rule 3.2 Disclosure, a copy of which is appended hereto and is hereby served on you.

_____
Stephen L. Tyma
105 West Madison Street, Suite 2200
Chicago, Illinois 60602-4648
(312) 372-3920

### Certificate of Service

The undersigned, an attorney of record in this cause, hereby certifies that he caused true and correct copies of this document and of the document to which it refers to be served on the above-named individuals by placing the same in a properly addressed envelope, First Class postage paid, and depositing the envelope in a United States Postal Service receptacle at 105 West Madison Street, Chicago, Illinois before 4:00 p.m. on July 29, 2008.

_____
Stephen L. Tyma