UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNETH THOMAS, ) | |
| ) | |
| Plaintiff, ) | No. 08 C 3009 |
| ) | |
| v. ) | Judge Aspen |
| ) | Magistrate Judge Mason |
| AMERICAN GENERAL FINANCE, INC. ) | |
| ) | |
| Defendant ) | |

## NOTICE OF MOTION

TO: Larry P. Smith, Esq.
Larry P. Smith & Associates, Ltd.
205 North Michigan Avenue, 40th Floor
Chicago, Illinois 60601-5914

PLEASE BE ADVISED that on August 5, 2008 at 10:30 a.m. or as soon thereafter as counsel may be heard, I will appear before the Honorable Judge Marvin Aspen in Room 2568 at 219 South Dearborn Street, Chicago, Illinois, or before such other judge as may be sitting in his place and stead, and then and there present Defendant American General Finance's Motion to Quash Service of Summons, a copy of which is appended hereto and is hereby served on you.

_____
Stephen L. Tyma
105 West Madison Street, Suite 2200
Chicago, Illinois 60602-4648
(312) 372-3920

## Certificate of Service

The undersigned, an attorney of record in this cause, hereby certifies that he caused true and correct copies of this document and of the document to which it refers to be served on the above-named individuals by placing the same in a properly addressed envelope, First Class postage paid, and depositing the envelope in a United States Postal Service receptacle at 105 West Madison Street, Chicago, Illinois before 4:00 p.m. on July 29, 2008.

_____
Stephen L. Tyma

S:\Client Files\Current\Litigation\American General\Thomas, Kenneth\Notice of Motion - Mail.wpd
07292008-0230PM