UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 3009 |
| | ) | |
| v. | ) | Judge Aspen |
| | ) | Magistrate Judge Mason |
| AMERICAN GENERAL FINANCE, INC. | ) | |
| | ) | |
| Defendant | ) | |

**NOTICE OF FILING**

FILED
7-30-2008
JUL 30 2008 PH

TO: Larry P. Smith, Esq.
Larry P. Smith & Associates, Ltd.
205 North Michigan Avenue, 40th Floor
Chicago, Illinois 60601-5914

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PLEASE TAKE NOTICE that on July 29, 2008, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois Defendant American General Finance's Local Rule 3.2 Disclosure, a copy of which is appended hereto and is hereby served on you.

Stephen L. Tyma
105 West Madison Street, Suite 2200
Chicago, Illinois 60602-4648
(312) 372-3920

**Certificate of Service**

The undersigned, an attorney of record in this cause, hereby certifies that he caused true and correct copies of this document and of the document to which it refers to be served on the above-named individuals by placing the same in a properly addressed envelope, First Class postage paid, and depositing the envelope in a United States Postal Service receptacle at 105 West Madison Street, Chicago, Illinois before 4:00 p.m. on July 29, 2008.

Stephen L. Tyma

S:\Client Files\Current Litigation\American General\Thomas, Kenneth\Notice of Filing - Mail.wpd
07292008-0212PM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 3009 |
| | ) | |
| v. | ) | Judge Aspen |
| | ) | Magistrate Judge Mason |
| AMERICAN GENERAL FINANCE, INC. | ) | |
| | ) | |
| Defendant | ) | |

FILED
JUL 30 2008 PH
7-30-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### DEFENDANT'S LOCAL RULE 3.2 DISCLOSURE

Defendant American General Finance, Inc. ("AGF"), through its attorney, Stephen L. Tyma, pursuant to Local Rule 3.2 of the United States District Court for the Northern District of Illinois, hereby discloses that entities which contain "American General Finance," American General Financial Management," or "American General Financial Services" in their names are affiliates of the publicly traded entity American International Group, Inc., which is commonly known as "AIG."

Dated: July 29, 2008

AMERICAN GENERAL FINANCE, INC.

By: _____
Its attorney

Stephen L. Tyma
Stephen L. Tyma, P.C.
105 West Madison Street, Suite 2200
Chicago, Illinois 60602
(312) 372-3920

Attorney for Defendant

S:\Client Files\Current\Litigation\American General\Thomas, Kenneth\AffiliateDisc.wpd
07/29/2008-02:05 PM