HHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 3009 |
| | ) | |
| v. | ) | Judge Aspen |
| | ) | Magistrate Judge Mason |
| AMERICAN GENERAL FINANCE, INC. | ) | |
| | ) | |
| Defendant | ) | |

**NOTICE OF FILING**

FILED
7-30-2008
JUL 30 2008 PH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO:   Larry P. Smith, Esq.
Larry P. Smith & Associates, Ltd.
205 North Michigan Avenue. 40th Floor
Chicago, Illinois 60601-5914

PLEASE TAKE NOTICE that on July 29, 2008, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois Defendant American General Finance's Appearance, a copy of which is appended hereto and is hereby served on you.

Stephen L. Tyma
105 West Madison Street, Suite 2200
Chicago, Illinois 60602-4648
(312) 372-3920

**Certificate of Service**

The undersigned, an attorney of record in this cause, hereby certifies that he caused true and correct copies of this document and of the document to which it refers to be served on the above-named individuals by placing the same in a properly addressed envelope, First Class postage paid, and depositing the envelope in a United States Postal Service receptacle at 105 West Madison Street, Chicago, Illinois before 4:00 p.m. on July 29, 2008.

Stephen L. Tyma

S:\Client Files\Current\Litigation\American General\Thomas, Kenneth\Notice of Filing - Mail.wpd
07/29/2008-02:12PM

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 3009 |

KENNETH THOMAS v. AMERICAN GENERAL FINANCE, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

AMERICAN GENERAL FINANCE, INC.

FILED
7-30-2008
JUL 3 0 2008    PH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
| --- |
| Stephen L. Tyma |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ Stephen L. Tyma |
| FIRM |
| Stephen L. Tyma, P.C. |
| STREET ADDRESS |
| 105 West Madison Street, Suite 2200 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60602-4648 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6188452 | (312) 372-3920 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |