UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Kenneth Thomas
                              Plaintiff,

v.                                                       Case No.: 1:08−cv−03009
                                                      Honorable Marvin E. Aspen

American General Finance, Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 28, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen dated 8/28/08:Defendant's motion to extend time to respond to plaintiff's complaint, (21) up to and including 918/08, is granted. Motion terminated. Defendant's Motion to quash [15] service is moot. Motion terminated. The motion hearing set for 9/4/08 is stricken. The status hearing presently set for 9/25/08 at 10:30 a.m. to stand.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.